UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00117-JLT-EPG |
| Plaintiff, | |
| v. | ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| SAVE MART SUPERMARKETS, et al., | |
| Defendants. | (ECF No. 6) |

This matter is before the Court on the joint stipulation and proposed order of Plaintiff Darren Gilbert and Defendant Save Mart Supermarkets for Defendant to have an extension from March 11, 2022, to April 8, 2022, to respond to Plaintiff's complaint. (ECF No. 6). As grounds, the parties state that "a brief extension of Defendant's responsive pleading due date will allow the Parties to discuss whether an early resolution can be reached in the case and which would serve to avoid the need for Defendant to file a responsive pleading."[1] (*Id.* at 2).

\\\

\\\

\\\

---

[1] The parties are advised that under Local Rule 144(a), "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint, cross-claim or counterclaim, or to respond to interrogatories, requests for admissions, or requests for production of documents may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation."

1

Based on the parties' stipulation (ECF No. 6), IT IS ORDERED that Defendant Save Mart Supermarkets shall have until April 8, 2022, to file a response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: **March 9, 2022**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE