UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>SAVE MART SUPERMARKETS, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00117-JLT-EPG<br><br>ORDER APPROVING SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 8) |

This matter is before the Court on the second stipulation and proposed order of Plaintiff Darren Gilbert and Defendant Save Mart Supermarkets for Defendant to have an extension from April 8, 2022, to April 18, 2022, to respond to Plaintiff's complaint. (ECF No. 8). As grounds, the parties state that this brief extension "will allow all Parties to discuss whether an early resolution can be reached in the case and which would serve to avoid the need for Defendant to file a responsive pleading." (*Id.* at 2).

Based on the parties' second stipulation (ECF No. 8), IT IS ORDERED that Defendant Save Mart Supermarkets shall have until April 18, 2022, to file a response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: __April 12, 2022__        /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

1