Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAVE MART SUPERMARKETS dba MAXX VALUE FOODS #250, et al.,<br><br>    Defendants. | No. 1:22-cv-00117-JLT-EPG<br><br>**STIPULATION FOR CONTINUANCE OF MID-DISCOVERY STATUS CONFERENCE; ORDER**<br><br>(ECF No. 16) |

**WHEREAS,** a Mid-Discovery Status Conference is currently scheduled in this matter for November 8, 2022 at 10:00 a.m. (Dkt. 15);

**WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff") and Defendants, Save Mart Supermarkets dba Maxx Value Foods #250 and Kimberly A. Sorrano (collectively with Plaintiff, "the Parties") have submitted initial disclosures;

**WHEREAS**, Plaintiff has conducted the Rule 34 inspection of the subject property to identify all barriers to his access;

**WHEREAS,** The Parties are currently engaged in settlement discussions in hopes of reaching an agreement and conserving the Parties' and the Court's resources; and

**WHEREAS**, the Scheduling Order in this matter set a fact discovery cutoff of January 30, 2023 (Dkt. 15);

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mid-Discovery Status Conference currently set for November 8, 2022 to a date at the Court's convenience on or after December 9, 2022.

Dated: November 1, 2022                    MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Darren Gilbert

Dated: November 1, 2022                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                          */s/ Michael J. Chilleen*
                                          Michael J. Chilleen
                                          Attorneys for Defendant,
                                          Savemart Supermarkets dba Maxx Value Foods #250

Dated: November 1, 2022                    FREEMAN FIRM, A Professional Law Corporation

                                          */s/ Arnold J. Wolf*
                                          Arnold J. Wolf
                                          Attorneys for Defendant,
                                          Kimberly A. Sorrano

**ORDER**

Pursuant to the parties' stipulation (ECF No. 16), IT IS ORDERED that the Mid-Discovery Status Conference currently set for November 8, 2022, is continued to December 13, 2022, at 10:30 a.m. before Magistrate Judge Erica P. Grosjean. The parties are reminded to file their joint report one full week prior to the conference, and email a copy, in Word format, to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **November 2, 2022**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE