UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>        Plaintiff,<br><br>v.<br><br>SAVE MART SUPERMARKETS, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00117-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SAVE MART SUPERMARKETS ONLY<br><br>(ECF No. 25) |

On February 15, 2023, the parties filed a joint stipulation dismissing all claims against Defendant Save Mart Supermarkets with prejudice. (ECF No. 25). In light of the parties' stipulation, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), the case against only Defendant Save Mart Supermarkets has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate Save Mart Supermarkets as a pending defendant on the docket.

IT IS SO ORDERED.

    Dated:  **February 16, 2023**                    /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE