ARNOLD J. WOLF, #119135
MICHAEL N. MORLAN, #126190
**FREEMAN FIRM**
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: 209-474-1818
Facsimile:  209-474-1245

Attorneys for Defendants Kimberly A. Soranno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| DARREN GILBERT,<br><br>           Plaintiff,<br><br>vs.<br><br>SAVE MART SUPERMARKETS dba MAXX VALUE FOODS #250; KIMBERLY A. SORANNO;<br><br>           Defendants. | CASE NO. 1:22-cv-00117-MCE-AC<br><br>**ORDER MOTION TO EXCEED EXHIBIT PAGE LIMIT RE SORANNO OPPOSITION TO PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS FEES** |

Defendant Kimberly Soranno's Motion to Exceed exhibit page limits is DENIED as unnecessary.  The Court is more than capable of evaluating the reasonableness of the fees requested in this case without review of these additional documents.

IT IS SO ORDERED.

**Dated:  September 27, 2023**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE