UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 1:22-cv-00117-MCE-AC |
| Plaintiff, | |
| v. | **ORDER** |
| SAVE MART SUPERMARKETS, dba MAXX VALUE FOODS #250, et al., | |
| Defendants. | |

Plaintiff's Motion for Attorney Fees (ECF No. 30) is DENIED. The Court concludes that the fees already recovered by Plaintiff are reasonable under the lodestar calculation.

IT IS SO ORDERED.

Dated: April 23, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE